IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DAVID MEYERS,

    Plaintiff,

v.                                               Civil Action No. **3:08CV240**

PATRICIA CONNOR, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 29, 2008, the Court conditionally docketed Plaintiff's action. By that Memorandum Order, the Court directed Plaintiff, *inter alia*, to complete and return to the Court an affidavit in support of his request to proceed *in forma pauperis*. On May 12, 2008, the April 29, 2008 Memorandum Order was returned to the Court by the United States Postal Service marked, "Not At This Address" and "RETURN TO SENDER." Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                  /s/
                                                        **James R. Spencer**
                                                        **Chief United States District Judge**

Date: 6-18-08
Richmond, Virginia